UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, a/s/o Brother's Trading Company, Inc., d/b/a Victory Wholesale Grocers, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 07-2008 ) |
| ACH FOOD COMPANIES INC., a Delaware Corporation, ARNOLD LOGISTICS, LLC, a Pennsylvania limited liability company, and JONES TRUCKING, INC., an Illinois corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## OPINION

A Report and Recommendation (#27) was filed by the Magistrate Judge in the above cause on May 22, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant Arnold Logistics' Motion to Dismiss Plaintiff's Complaint (#14) is DENIED.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 8th day of June, 2007

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE